Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENYU WANG, derivatively on behalf of NEXTDOOR HOLDINGS, INC. (F/K/A) KHOSLA VENTURES ACQUISITION CO. II, | Case No. 5:24-cv-04544-EJD |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| SARAH J. FRIAR, MICHAEL DOYLE, VINOD KHOSLA, SAMIR KAUL, PETER BUCKLAND, DMITRI SHKLOVSKY, ANITA SANDS, ENRICO GAGLIOTI, JOHN HOPE BRYANT, J. WILLIAM GURLEY, LESLIE KILGORE, MARY MEEKER, JASON PRESSMAN, DAVID SZE, NIRAV TOLIA, CHRIS VARELAS, ANDREA WISHOM, and KHOSLA VENTURES SPAC SPONSOR II LLC, | |
| Defendants, | |
| and | |
| NEXTDOOR HOLDINGS, INC. (F/K/A) KHOSLA VENTURES ACQUISITION CO. II, | |
| Nominal Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c), plaintiff Chenyu Wang ("Plaintiff"), derivatively on behalf of Nextdoor Holdings, Inc. ("Nextdoor"), and defendants Sarah J. Friar, Michael Doyle, Vinod Khosla, Samir Kaul, Peter Buckland, Dmitri Shklovsky, Anita Sands, Enrico Gaglioti, John Hope Bryant, J. William Gurley, Leslie Kilgore, Mary Meeker, Jason Pressman, David Sze, Nirav Tolio, Chris Varelas, Andrea Wishom, Khosla Ventures SPAC Sponsor II LLC, and Nextdoor (collectively, "Defendants" and with Plaintiff, the "Parties"), jointly submit this Joint Stipulation And [Proposed] Order for Voluntary Dismissal Without Prejudice ("Stipulation") of the above-captioned action, with each party to bear its own attorneys' fees and costs, and in support thereof state as follows:

**WHEREAS**, the above-captioned putative shareholder derivative action styled *Wang v. Nextdoor Holdings, Inc., et al.*, Case No. 5:25-cv-04544-EJD (the "*Wang* Action") was filed on July 26, 2024;

**WHEREAS**, on August 23, 2024, due to factual overlap with a related putative class action was filed in this Court against certain of the Defendants alleging violations of the federal securities laws, captioned *Adamo v. Nextdoor Holdings, Inc., et al.*, Case No. 5:24-cv-01213-EJD (the "Securities Class Action"), the parties in the *Wang* Action stipulated to stay the *Wang* Action in light of the anticipated filing of a motion to dismiss the Securities Class Action (the "*Wang* Stay Stipulation");

**WHEREAS**, on August 26, 2024, Judge Rita Lin granted the *Wang* Stay Stipulation as modified, requiring the parties to file a Joint Status Update every six months ("Stay Order");

**WHEREAS**, on September 10, 2024, the *Wang* Action was reassigned to the Honorable Edward Davila;

**WHEREAS**, pursuant to the Stay Order, the Parties filed Joint Status Updates on February 26, 2025 and August 25, 2025;

**WHEREAS**, on November 11, 2025, Judge Edward Davila dismissed the Securities Class Action with prejudice;

**WHEREAS**, the Parties have met and conferred and agree that dismissal of the *Wang* Action without prejudice under Federal Rules of Civil Procedures 41(a)(1)(A)(ii) and 23.1(c) is

appropriate;

**WHEREAS**, Defendants have not answered, moved to dismiss, or otherwise responded to the complaint nor moved for summary judgment in the *Wang* Action, and this voluntary dismissal is made without prejudice and will not have any preclusive effect on any other action or Nextdoor shareholder to pursue claims;

**NOW THEREFORE**, it is hereby stipulated by and between the Parties hereto, through their undersigned counsel of record, as follows:

1. Pursuant to Federal Rules of Civil Procedures 41(a)(1)(A)(ii) and 23.1(c), the *Wang* Action is DISMISSED without prejudice;

2. Plaintiff and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to the *Wang* Action; and

3. No further notice of the dismissal is required under Federal Rule of Civil Procedure 23.1(c).

IT IS SO STIPULATED.

Dated: January 6, 2026                    THE BROWN LAW FIRM, P.C

By: */s/ Robert C. Moest*
      Robert C. Moest (SBN 62166)

2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: +1 310 915 6628
Facsimile: +1 310 915 9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: +1 516 922 5427
Facsimile: +1 516 344 6204
Email: tbrown@thebrownlawfirm.net

Attorneys for Plaintiff

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

JOINT STIPULATION AND [PROPOSED ORDER] FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:24-CV-04544-EJD

Dated:  January 6, 2026                    COOLEY LLP


By: */s/ Tijana M. Brien*
          Tijana M. Brien

Attorneys for Defendants
NEXTDOOR HOLDINGS, INC., JOHN
HOPE BRYANT, J. WILLIAM GURLEY,
LESLIE KILGORE, MARY MEEKER,
JASON PRESSMAN, DAVID SZE, NIRAV
TOLIA, CHRIS VARELAS, AND ANDREA
WISHOM


Dated:  January 6, 2026                    LATHAM & WATKINS LLP


By: */s/ Daniel R. Ghirardi*
          Daniel R. Gherardi


Daniel R. Gherardi (CA Bar No. 317771)
(daniel.gherardi@lw.com)
140 Scott Drive
Menlo Park, CA 94025
Phone: +1 650 328 4600
Fax: +1 650 463 2600

Colleen C. Smith (CA Bar No. 231216)
(colleen.smith@lw.com)
Anastasia Pyrinis (CA Bar No. 352395)
(anastasia.pyrinis@lw.com)
12670 High Bluff Drive
San Diego, CA 92130
Phone: +1 858 523 5400
Fax: +1 858 523 5450


Tina Jensen (CA Bar No. 331764)
(tina.jensen@lw.com)
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
Phone: +1 714 755 8125
Fax: +1 714 755 8290

Attorneys for Defendants VINOD KHOSLA,
SAMIR KAUL, PETER BUCKLAND,
KHOSLA VENTURES SPAC SPONSOR II,
LLC, DMITRI SHKLOVSKY, ANITA
SANDS, AND ENRICO GAGLIOTI

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

JOINT STIPULATION AND [PROPOSED ORDER] FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:24-CV-04544-EJD

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 7, 2026

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5

JOINT STIPULATION AND [PROPOSED ORDER] FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:24-CV-04544-EJD